UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP 23 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. S1-4:20 CR 432 SRC PLC |
| KEITH AUSTIN and RONALD SCOTT, | ) |
| Defendants. | ) |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about September 18, 2019, in St. Louis City, within the Eastern District of Missouri,

**KEITH AUSTIN and
RONALD SCOTT,**

the Defendant herein, aiding and abetting each other, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of the McDonald's at 1119 Tucker Boulevard, St. Louis, Missouri, which is a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2 and punishable under Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about September 18, 2019, in St. Louis City, within the Eastern District of Missouri,

**KEITH AUSTIN and
RONALD SCOTT,**

the Defendant herein, aiding and abetting each other, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce by robbery, or attempting to do so, as charged in Count One herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2 and punishable under Sections 924(c)(1)(A)(i) or 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney