**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 4:20-cr-00432-SRC-2 |
| RONALD SCOTT, | ) |
| Defendant(s). | ) |

### Order

Defendant Ronald Scott seeks to suppress incriminating statements that he made to detectives. Doc. 55. The Court referred Scott's motion to United States Magistrate Judge Patricia L. Cohen. *See* 28 U.S.C. § 636(b). After holding an evidentiary hearing and reviewing post-hearing briefing, Judge Cohen issued a Report and Recommendation, recommending that the Court deny Scott's Motion to Suppress Statements. Docs. 84–87, 88, 91–93. Scott has not filed objections to the Report and Recommendation, and the time to do so has passed.

After careful consideration, and in light of Scott's failure to file objections, the Court sustains, adopts, and incorporates Judge Cohen's [93] Report and Recommendation and denies Defendant Ronald Scott's [55] Motion to Suppress Statements.

So Ordered this 15th day of November 2021.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE

1